# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK NICHOLAS LEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:15-cv-03316-SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $2700 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:　August 1, 2016

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　THE HONORABLE SHERI PYM
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE